ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Steven D. Atkinson (satkinson@aalrr.com)  State Bar No. 59094
Scott K. Dauscher (sdauscher@aalrr.com)  State Bar No. 204105
David A. Soldani (dsoldani@aalrr.com)  State Bar No. 210302
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Telephone: (562) 653-3200 • Facsimile: (562) 653-3333

Attorneys for Defendant
IRISH CONSTRUCTION

**DENIED** — Judge James Ware

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| LUIS CARDENAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IRISH CONSTRUCTION and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO.: CO902401-JW<br><br>**[PROPOSED] ORDER DENYING IN PART STIPULATION RE EXTENSION OF DISCOVERY DEADLINE, DISPOSITIVE MOTION DEADLINE, WAIVER OF ORAL ARGUMENT AND REQUEST FOR DELAY OF RULING ON MOTION TO COMPEL**<br><br>*(CIVIL LOCAL RULE 6-2)*<br><br>Date:　March 23, 2010<br>Time:　10:00 a.m.<br>Dept.:　Courtroom 5<br><br>Complaint Filed: May 29, 2009 |

After considering the Stipulation presented by the parties, by and through their respective counsel, **IT IS HEREBY ORDERED:**

　　1.　The parties submit the Motion to Compel and Opposition and Reply thereto on the pleadings and no oral argument will occur prior to the Court's consideration of and ruling on the Motion; and

　　2.　The Court will not rule on the Motion to Compel until after it has ruled on Plaintiff's Motion for Judgment on the Pleadings; and

　　3.　Plaintiff's Motion to Enlarge Time is hereby withdrawn and taken off calendar; and

IT IS SO ORDERED:

The Court denies in part all deadlines related to Judge Ware's scheduling matters. Any requests for modifications to deadlines pertaining to Magistrate Judge Trumbull's scheduling shall be refiled for her approval.

Dated: March 12, 2010 _____
Honorable United States District Court Judge

ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
12800 CENTER COURT DRIVE, SUITE 300
CERRITOS, CA 90703
TELEPHONE: (562) 653-3200 • FACSIMILE: (562) 653-3333