ATKINSON, ANDELSON, LOYA, RUUD & ROMO
A Professional Corporation
Steven D. Atkinson (satkinson@aalrr.com) State Bar No. 59094
Scott K. Dauscher (sdauscher@aalrr.com) State Bar No. 204105
David A. Soldani (dsoldani@aalrr.com) State Bar No. 210302
12800 Center Court Drive, Suite 300
Cerritos, CA 90703
Telephone: (562) 653-3200 • Facsimile: (562) 653-3333

Attorneys for Defendant
IRISH CONSTRUCTION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS CARDENAS,<br><br>  Plaintiff,<br><br>vs.<br><br>IRISH CONSTRUCTION and DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO.: CO902401-JW<br><br>XXXXXXXXXXX**D] ORDER GRANTING STIPULATION RE DELAY OF RULING ON MOTION TO COMPEL**<br><br>*(CIVIL LOCAL RULE 6-2)*<br><br>Hon. Magistrate Judge Patricia V. Trumbull<br><br>Dept.: Courtroom 5, 4th Floor<br><br>Complaint Filed: May 29, 2009 |

After considering the Stipulation presented by the parties, by and through their respective counsel of record, **IT IS HEREBY ORDERED:**

The Court will stay its ruling on Plaintiff's Motion to Compel until after the Court has issued its ruling on Defendant's Motion for Judgment on the Pleadings.

Dated: 3/17/2010          _____
                          Hon. Magistrate Judge Patricia V. Trumbull