

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS CARDENAS, | ) Case No.: C 09-02401 JW |
| | ) |
| Plaintiff, | ) STIPULATION AND [Proposed] ORDER<br>) POSTPONING DEFENDANT'S MOTION FOR<br>) JUDGMENT ON THE PLEADINGS FROM<br>) JUNE 14, 2010 UNTIL JUNE 21, 2010 |
| v. | ) |
| IRISH CONSTRUCTION and DOES 1 through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

Based on the parties' Stipulation, the Court finds good cause to GRANT a brief continuance of the hearing on Defendant's Motion for Judgment on the Pleadings currently set for June 14, 2010 to **June 21, 2010 at 9 a.m.**

Date: June 7, 2010

_____
JAMES WARE
United States District Judge