

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS CARDENAS,<br><br>        Plaintiff,<br><br>    v.<br><br>IRISH CONSTRUCTION and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: C 09-02401 JW<br><br>**ORDER VACATING ALL PRETRIAL AND TRIAL DATES; SETTING STATUS CONFERENCE RE: SETTLEMENT** |

   On September 28, 2010, Plaintiff notified the Court that the parties have reached a settlement. (Docket Item No. 43.) In light of the settlement, the Court finds good cause to vacate all trial and pretrial dates. On or before **December 3, 2010**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

   If a dismissal is not filed by the specified date, all parties shall appear on **December 13, 2010 at 10 a.m.** for a Status Conference re: Settlement. On or before **December 3, 2010**, the parties shall file a Joint Statement updating the Court on their efforts to finalize their settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Status Conference will be automatically vacated.

Dated:  September 29, 2010

                                    _____
                                    JAMES WARE
                                    United States District Judge