WILLIAM L. MARDER, ESQ. (CBN 170131)
Polaris Law Group LLP.
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Attorneys for Plaintiff LUIS CARDENAS

*IT IS SO ORDERED*
*Judge James Ware*
11/12/2010

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUIS CARDENAS, | ) Case No.: C 09-02401 JW |
| | ) |
| Plaintiff, | ) **STIPULATION OF DISMISSAL WITH** |
| | ) **PREJUDICE PURSUANT TO FRCP 41(A)** |
| v. | ) |
| | ) |
| IRISH CONSTRUCTION and DOES 1 through | ) |
| 10, inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the Parties to this action through their designated counsel that the above-referenced action be and hereby is dismissed, with prejudice, pursuant to FRCP Section 41(a)(1). The Clerk shall close this file.

1

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)

C:\Documents and Settings\akd\Local Settings\Temporary Internet Files\OLK9\Stipulation of Dismissal.doc

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 1, 2010 | POLARIS LAW GROUP LLP |
| 3 | | |
| 4 | | By _William L. Marder_<br>WILLIAM L. MARDER, Attorney for Plaintiff,<br>LUIS CARDENAS |
| 7 | Dated: November 1, 2010 | ATKINSON, ADNELSON, LOYA, RUUD & ROMO |
| 10 | | By _[signature]_<br>SCOTT K. DAUSCHER, Attorneys for Defendant<br>Irish Construction |

2

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)

C:\Documents and Settings\skd\Local Settings\Temporary Internet Files\OLK9\Stipulation of Dismissal.doc